06- 004M-01   980512

J-314-724-24981-S

AO 93 (Rev. 5/85) Warrant for Arrest

# United States District Court

WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

v.

CHARLES E. DILLAHUNTY, JR.

**WARRANT FOR ARREST**

CASE NUMBER: CR-05-21-C

FILED
JAN 0 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   CHARLES E. DILLAHUNTY, JR.
                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ indictment ☐ information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) Bank fraud; Possession of Counterfeit Securities; Aiding and abetting.

in violation of Title 18: United States Code, Section(s) 1344(1), 2, 513(a)

Robert D. Dennis
Name of Issuing Officer

[signature] Helen McKenzie
Signature of Issuing Officer (Helen McKenzie, Deputy Clerk)

Clerk of Court
Title of Issuing Officer

Oklahoma City, Oklahoma   February 2, 2005
Date and Location

Bail Fixed at   $ NOT IN CUSTODY,   by
DETENTION
RECOMMENDED

Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 02/02/05 | NAME AND TITLE OF ARRESTING OFFICER Reporting Fitzgerald, Derrick - DUSM | SIGNATURE OF ARRESTING OFFICER Reporting [signature] |
|---|---|---|
| DATE OF ARREST 01/05/06 | | |