_ 314-124-24981-S

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

FILED
FEB - 1 2005
ROBERT D. DENNIS
U.S. DIST. COURT, WESTERN DIST. OF OKLA.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. CR 05-021 C |
| -vs- ) | |
| ) | Violations: 18 U.S.C. § 1344(1) |
| CHARLES E. DILLAHUNTY, JR., ) | 18 U.S.C. § 2 |
| ) | 18 U.S.C. § 513(a) |
| Defendant. ) | |

## INDICTMENT

The Federal Grand Jury alleges as follows:

### COUNT 1

### Bank Fraud

[18 U.S.C. § 1344(1)]

#### Introduction

At all times relevant to this Indictment:

1. **CHARLES E. DILLAHUNTY, JR.** was a resident of Oklahoma City, Oklahoma, and maintained a personal account with Federal Employees Credit Union (FECU), now Allegiance Credit Union.

2. Federal Employees Credit Union, ("FECU") was a financial institution with offices and branches located in the Western District of Oklahoma, the accounts of which were insured by the National Credit Union Share Insurance Fund ("NCUSIF").

3. Norwest Bank ("Norwest") was a financial institution with branches at Casper, Wyoming and at Billings, Montana, the accounts of which were insured by the Federal Deposit Insurance Corporation (FDIC).

4. The Industrial Company Wyoming, Inc. was a company located in Casper, Wyoming, and during the ordinary course of business issued checks on its account maintained at Norwest Bank Wyoming, N.A..

5. The Goodin Company was a company located in Minneapolis, Minnesota, and during the ordinary course of business issued checks on its account maintained at Norwest Bank, Montana.

### Purpose of Scheme

6. It was the purpose of the scheme to defraud that the defendant, **CHARLES E. DILLAHUNTY, JR.** and another known to the grand jury, but not named in this Indictment, would artificially inflate the defendant's FECU bank account with the deposit of worthless counterfeit checks and then withdraw funds from the account before the counterfeit checks were detected and/or returned, resulting in losses to FECU of $ 67,075.90.

### The Scheme and Artifice to Defraud

7. From on or about August 19, 2000, and continuing until on or about August 26, 2000, in Oklahoma City, Oklahoma, the Western District of Oklahoma, and elsewhere, **CHARLES E. DILLAHUNTY, JR.**, wilfully cause to be executed a scheme and artifice to defraud FECU, a financial institution, in a material manner.

- 2 -

8. It was part of the scheme and artifice to defraud that:

(a) On or about August 19, 2000 an unindicted participant supplied defendant **CHARLES E. DILLAHUNTY, JR.** with counterfeit checks in the names of the Industrial Company Wyoming, Inc. and the Goodin Company.

(b) On or about August 19, 2000 **CHARLES E. DILLAHUNTY, JR.** deposited into his account maintained at FECU (Account Number XXXXXX2741) a worthless counterfeit check, numbered #095974 and dated August 18, 2000 purportedly drawn on the account of the Industrial Company Wyoming, Inc. at "Northwest" (Norwest) Bank Wyoming, N.A., made payable to Charles E. Dillahunty, in the amount of $33,261.45, thereby artificially inflating the FECU account balance.

(c) On or about August 19, 2000 **CHARLES E. DILLAHUNTY, JR.** caused the withdrawal from his account at FECU (Account Number XXXXXX2741) of $15,000 in the form of a cashier's check made payable to Citizen's Bank.

(d) On or about August 19, 2000 **CHARLES E. DILLAHUNTY, JR.** caused the withdrawal from his account at FECU (Account Number XXXXXX2741) of $5,000 in the form of a cashier's check made payable to **CHARLES E. DILLAHUNTY**.

(e) Also on or about August 19, 2000 **CHARLES E. DILLAHUNTY, JR.** deposited into his account maintained at FECU (Account Number XXXXXX2741) worthless counterfeit check, numbered #88964 and dated August 17, 2000 purportedly drawn on the

- 3 -

account of the Goodin Company at "Northwest" (Norwest) Bank Montana, N.A., made payable to Charles E. Dillahunty, in the amount of $33,814.45, thereby artificially inflating the FECU account balance.

(f) On or about August 21, 2000 **CHARLES E. DILLAHUNTY, JR.** caused the withdrawal from his account at FECU (Account Number XXXXXX2741) of $3,000 in the form of a cashier's check made payable to Bank of America.

(g) On or about August 24, 2000 **CHARLES E. DILLAHUNTY, JR.** caused the withdrawal from his account at FECU (Account Number XXXXXX2741) of $10,000 in the form of a cashier's check made payable to **CHARLES E. DILLAHUNTY, JR.**

(h) On or about August 24, 2000 **CHARLES E. DILLAHUNTY, JR.** caused the withdrawal from his account at FECU (Account Number XXXXXX2741) of $2,000 in the form of a cashier's check made payable to Wood Forest Bank.

(i) On or about August 24, 2000 **CHARLES E. DILLAHUNTY, JR.** made a $752 cash withdrawal from his account at FECU (Account Number XXXXXX2741).

(j) On or about August 25, 2000 **CHARLES E. DILLAHUNTY, JR.** caused the withdrawal from his account at FECU (Account Number XXXXXX2741) of $5,000 in the form of a cashier's check made payable to **CHARLES E. DILLAHUNTY.**

(k) On or about August 25, 2000 **CHARLES E. DILLAHUNTY, JR.** caused the withdrawal from his account at FECU (Account Number XXXXXX2741) of $9,000 in the form of a cashier's check made payable to **CHARLES E. DILLAHUNTY.**

(l)  On or about August 25, 2000 **CHARLES E. DILLAHUNTY, JR.** caused the withdrawal from his account at FECU (Account Number XXXXXX2741) of $9,000 in the form of a cashier's check made payable to **CHARLES E. DILLAHUNTY.**

(m)  On or about August 25, 2000 **CHARLES E. DILLAHUNTY, JR.** made a $2,000 cash withdrawal from his account at FECU (Account Number XXXXXX2741).

(n)  On or about August 26, 2000 **CHARLES E. DILLAHUNTY, JR.** caused the withdrawal from his account at FECU (Account Number XXXXXX2741) of $9,250 in the form of a cashier's check made payable to **CHARLES E. DILLAHUNTY.**

(o)  On or about August 26, 2000 **CHARLES E. DILLAHUNTY, JR.** made a $2,000 cash withdrawal from his account at FECU (Account Number XXXXXX2741).

All in violation of Title 18, United Sates Code, Section 1344(1) and Title 18, United Sates Code, Section 2.

## COUNT 2

### Counterfeit Securities

[18 U.S.C. § 513(a)]

9.  The Federal Grand Jury realleges and incorporates by reference paragraphs 3 and 5 of the Indictment.

10.  On or about August 25, 2000, in Oklahoma City, Oklahoma, the Western District of Oklahoma, the defendant,

**CHARLES E. DILLAHUNTY, JR.,**

knowingly uttered and possessed a counterfeited security of an organization, that is check # 88910 in the amount of $32,675.87 drawn on the Goodin Company bank account # XXXXXXX3534 at Norwest Bank Montana, N.A., at Billings, Montana, which purported to be genuine, but was not because it had been falsely made and manufactured in its entirety, with the intent to deceive another organization, specifically, Citizens Bank of Edmond, which operates in and the activities of which affect interstate commerce.

All in violation of Title 18, United States Code, Section 513(a) and Title 18, United States Code, Section 2.

A TRUE BILL:

*Stacey Powell*

FOREPERSON OF THE GRAND JURY

ROBERT G. McCAMPBELL
United States Attorney

*Rozia McKinney-Foster*

ROZIA McKINNEY-FOSTER
Assistant U.S. Attorney